IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Banks, Dwayne | Case Number:  05 B 11358 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  3/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  July 1, 2008
Confirmed:  August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,207.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,366.39 |
| Priority: | | 5,701.36 |
| Administrative: | | 2,005.20 |
| Trustee Fee: | | 927.05 |
| Other Funds: | | 207.00 |
| Totals: | 18,207.00 | 18,207.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,005.20 | 2,005.20 |
| 2. | Internal Revenue Service | Priority | 5,701.36 | 5,701.36 |
| 3. | Alliant Credit Union | Unsecured | 175.95 | 194.58 |
| 4. | Alliant Credit Union | Unsecured | 515.28 | 569.91 |
| 5. | ECast Settlement Corp | Unsecured | 332.98 | 368.25 |
| 6. | Alliant Credit Union | Unsecured | 486.76 | 538.38 |
| 7. | American General Finance | Unsecured | 604.97 | 669.04 |
| 8. | Aspire Visa | Unsecured | 1,684.10 | 1,862.52 |
| 9. | ECast Settlement Corp | Unsecured | 645.62 | 714.06 |
| 10. | Internal Revenue Service | Unsecured | 556.85 | 615.85 |
| 11. | United Student Aid Funds Inc | Unsecured | 2,479.37 | 2,742.00 |
| 12. | Resurgent Capital Services | Unsecured | 341.01 | 377.15 |
| 13. | Resurgent Capital Services | Unsecured | 318.67 | 352.50 |
| 14. | Resurgent Capital Services | Unsecured | 214.09 | 236.80 |
| 15. | Portfolio Recovery Associates | Unsecured | 113.34 | 125.35 |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | United Airlines Credit Union | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | United Student Aid Funds Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,175.55 | $ 17,072.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Banks, Dwayne

Printed:  9/3/08

Case Number:  05 B 11358
Judge:  Hollis, Pamela S
Filed:  3/29/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 48.18 |
| 5.5% | 252.39 |
| 5% | 80.85 |
| 4.8% | 143.10 |
| 5.4% | 323.72 |
| 6.5% | 78.81 |
|  | _____ |
|  | $ 927.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

